UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-23179-CIV-LENARD/GOODMAN

MICHAEL MONTEAGUDO,

    Plaintiff,

vs.

ROADWAY, INC., a Florida for-profit corporation,
and GUSTAVO R. LOVATO,

    Defendants.
_____/

## SATISFACTION OF JUDGMENT

KNOWN ALL MEN BY THESE PRESENTS, that the Plaintiff MICHAEL MONTEAGUDO ("Judgment Creditor") in the above entitled action, in whose favor a Default Final Judgment ("Judgment") was entered on October 17, 2014, in the amount of $12,565.58, has received full payment on said Default Final Judgment, and that the Judgment Creditor does hereby acknowledge satisfaction of said Default Final Judgment, and by his undersigned representative, authorizes and directs the Clerk of Court to cancel the Default Final Judgment of record.

Dated this 17th day of December 2014.

                                                    Plaintiff, MICHAEL MONTEAGUDO

                                                    By: /s. Peter Bober, Esq.
                                                        Fla Bar. No. 0122955
                                                        Plaintiff's Counsel of Record
                                                        Bober & Bober, P.A.
                                                        1930 Tyler Street
                                                        Hollywood, FL  33020
                                                        Telephone:  (954) 922-2298
                                                        Facsimile:  (954) 922-5455
                                                        *Attorney for Plaintiff*